UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Jay-Em Aerospace Corporation,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:12-cv-00290 |
| vs. | ) | |
| | ) | **ORDER** |
| **Logistic Specialties, Inc.** | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court on Plaintiff's Motion for Summary Judgment. Doc. 27. Plaintiff Jay-Em Aerospace Corporation ("Jay-Em") alleges that Defendant Logistic Specialties, Inc. ("LSI") breached the contract between the parties and, therefore, owes Jay-Em $750,052.50 in principal plus $70,142.93 in interest through May 31, 2012 and per diem interest of 12% on the principal balance from May 31, 2012 forward.  LSI opposed the motion, but admitted that it owes Jay-Em the principal amount of $750,052.50.  LSI's sole dispute is the amount of interest owed on the principal amount.

On July 18, 2012, the parties contacted the Court and requested an expedited ruling on Jay-Em's motion. The parties again confirmed that there is no dispute that LSI owes Jay-Em the principal amount of $750,052.50 and that the sole dispute is over the amount of interest owed.

WHEREFORE, the Court hereby partially grants Plaintiff's motion and enters judgment against Logistic Specialties, Inc. and in favor of Jay-Em Aerospace Corporation in the amount of $750,052.50.  The Court will resolve the dispute over the amount of interest owed at a later date.

IT IS SO ORDERED.

 July 19, 2012                     ____/s/ Judge John R. Adams_____
Date                                            JUDGE JOHN R. ADAMS
                                                UNITED STATES DISTRICT COURT